Scott T. **MOTLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 62829.

Missouri Court of Appeals,
Western District.

Oct. 19, 2004.

Andrew A. Schroeder, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before: ULRICH, P.J., LOWENSTEIN and EDWIN H. SMITH, J.J.

### ORDER

PER CURIAM.

Defendant–Appellant Scott Motley appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. This court has reviewed the briefs of the parties and the record on appeal. Finding no reversible error, the court affirms the denial of the post-trial motion. Because a published opinion reciting the facts and restating the applicable principles of law would have no precedential value, this court affirms by this summary order under Rule 84.16.

Affirmed. Rule 84.16(b).